## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **CURTIS EDWARD NELSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  4:18-cv-00837-RDP-JHE** |
| | ) | |
| **JEFF DUNN, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

### MEMORANDUM OPINION

On January 11, 2019, the Magistrate Judge entered a Report and Recommendation, (Doc. 7), recommending that the petition for writ of habeas corpus be dismissed without prejudice to allow Petitioner an opportunity to petition the Eleventh Circuit for authorization to file a successive petition.  No objections have been filed.  The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of this court.  The petition for writ of habeas corpus is due to be **DISMISSED**.  A separate Order will be entered.

**DONE** and **ORDERED** this February 4, 2019.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE